LAW OFFICE OF
## JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

December 29, 2016

**BY ECF**

Hon. Lewis A. Kaplan, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Parrish, et al (Wayne Leon)*, S1 16 Cr. 212 (LAK).

Dear Judge Kaplan:

      As counsel to Wayne Leon, a defendant in the above matter, I request that he be relieved of home confinement with electronic monitoring as a condition of his pretrial release. I have spoken with A.U.S.A. Rachel Maimin, and the government consents to this application.

      Mr. Leon is currently released on a $500,000 personal recognizance bond, co-signed by four individuals, with strict pretrial supervision, travel restricted to the Southern and Eastern Districts of New York, and home confinement with electronic monitoring. In addition, although he had two jobs at the time he was arrested, there is a special condition that he not be permitted to leave his home to work, and, as a result, he has not done so since being released.

      On December 21, 2016, Mr. Leon pled guilty to participating in a racketeering conspiracy under Count One of the indictment, and admitted his sale of marijuana as part of the conspiracy. In his plea agreement, the parties stipulate his advisory sentencing guidelines range is 21 to 27 months. At sentencing, I intend to argue he is similarly situated to co-defendants the Court has recently sentenced to time-served.

      If relieved of home confinement, Mr. Leon intends to seek employment and begin working again as soon as possible. One of the jobs he held at the time he was arrested – as a sales representative for Miracle-Gro in Home Depot - was seasonal, and began annually in January. He held the job for two seasons and hopes he will be able to get it back for the upcoming season.

Hon. Lewis A. Kaplan
December 29, 2016
Page 2

      In addition, I note that Mr. Leon has gained a substantial amount of weight due to lack of physical activity while confined. His health would clearly benefit if he is relieved of home confinement and able to resume playing sports and exercising.

      Thank you for your attention to this application.

                                      Respectfully submitted,

                                      /s/
                                      Jesse M. Siegel