

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2017

**BY ECF AND EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Wayne Leon*,
                  S1 16 Cr. 212 (LAK)

Dear Judge Kaplan:

      The Government respectfully submits this letter to advise the Court that there is no objection to the modified conditions of release requested in the defendant Wayne Leon's letter dated December 29, 2016.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney

                                  By:   \_\_\_/s/_____
                                            Rachel Maimin
                                            Micah W.J. Smith
                                            Hagan Scotten
                                            Jessica Feinstein
                                            Drew Johnson-Skinner
                                            Assistant United States Attorneys
                                            (212) 637-2460

cc: Jesse Siegel, Esq. (by ECF)