LAW OFFICE OF
# JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

April 6, 2017

**BY ECF**

Hon. Lewis A. Kaplan, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Parrish, et al*, 16 Cr. 212 (LAK).

Dear Judge Kaplan:

I represent Wayne Leon, defendant herein, who is to be sentenced on April 25, 2017, at 3:00 p.m. I request that sentencing be adjourned to a date convenient to the Court on or after June 1st, as I am to have knee surgery on April 14th, and have been advised by my doctor that I may be on crutches for three to four weeks thereafter. In addition, I am scheduled to begin a two-week trial before Judge Hellerstein on May 10th.

I have spoken with A.U.S.A. Rachel Maimin, who consents to this request on behalf of the government.

Thank you for your attention to this application.

Respectfully submitted,

/s/
Jesse M. Siegel